Opinion issued August 28, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00558-CV

———————————

**CINDY GUARDADO, INDIVIDUALLY AND AS HEIR OF THE ESTATE OF EDUARDO BRAVO, III, DECEASED, SYLVIA LARA AS NEXT FRIEND OF D. L. B., A MINOR, INDIVIDUALLY AND AS AN HEIR OF THE ESTATE OF EDUARDO BRAVO III, AND THE ESTATE OF EDUARDO BRAVO, III AND INTERVENOR EDUARDO BRAVO, II,** Appellants

**V.**

**MASTODON OPERATING COMPANY, L.L.C., MASTODON RESOURCES, L.L.C., MASTODON ENERGY PARTNERS, L.L.C. AND KING WORKOVER SERVICE, INC.,** Appellees

———————————

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2014-50833

———————————

**MEMORANDUM OPINION**

On September 22, 2016, we abated the appeal for the parties to effectuate the parties' agreement. Appellants have now filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant the unopposed motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.